(Rev. 10/2002) General Document

## UNITED STATES DISTRICT COURT

### Southern District of Florida

Case Number: _____

Catholic, Church and Christians
World Wide

Plaintiff(s)

v.

Word authorities

Defendant(s)

FILED by SAS D.C.

DEC 20 2017

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

_____

*(TITLE OF DOCUMENT)*

I, Catholic Church and Christians Word Wide plaintiff or defendant, in the above styled cause, we are representing christian in the world and want to be in peace, people is against us and we want to be happy, we deserve that nobody bother us. And we want everything done as soon as possible.

**Certificate of Service**

I _____Roselyn Lopez_____ , certify that on this date __12/20/17__ a true copy

of the foregoing document was mailed to: _____

name(s) and address(es)

By: _Roselyn Lopez_

Printed or typed name of Filer

Signature of Filer

Florida Bar Number

E-mail address

_786-532-4807_

Phone Number

Facsimile Number

_3618 Collins Ave Miami Beach FL 33139_

Street Address

_Miami Beach FL 33139_

City, State, Zip Code